UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ABDULAI KENNEDY SAAKA,
   a/k/a "Kenny,"

            Defendant.

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
<u>MONEY JUDGMENT</u>

S2 19 Cr. 462 (KPF)

- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about June 25, 2019, ABDULAI KENNEDY SAAKA, a/k/a "Kenny" (the "defendant"), among others, was charged in two counts of a nine-count Superseding Indictment, S2 19 Cr. 462 (KPF) (the "Indictment"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Eight); and money laundering, in violation of Title 18, United States Code, Section 1956 (Count Nine);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts Eight and Nine of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real or personal, involved in the offenses alleged in Counts Eight and Nine of the Indictment, and any property traceable to such property;

        WHEREAS, on or about January 8, 2020, the defendant pled guilty to Count Eight of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count Eight of the Indictment

and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $15,000 in United States currency, representing property involved in the offense charged in Count Eight of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $15,000 in United States currency representing the amount of property involved in the offense charged in Count Eight of the Indictment; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the property involved in the offense charged in Count Eight of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Jonathan E. Rebold of counsel, and the defendant, and his counsel, Sean Maher, Esq., that:

1. As a result of the offense charged in Count Eight of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $15,000 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Eight of the Indictment, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ABDULAI KENNEDY SAAKA, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____     1/8/2020
JONATHAN E. REBOLD                        DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2512

ABDULAI KENNEDY SAAKA

By: _____     1-8-2020
ABDULAI KENNEDY SAAKA                     DATE

By: _____     1/8/20
SEAN MAHER, ESQ.                          DATE
Attorney for Defendant
The Law Offices of Sean M. Maher, PLLC
233 Broadway, Suite 820
New York, NY 10279

SO ORDERED:

_____         1/8/2020
HONORABLE KATHERINE POLK FAILLA           DATE
UNITED STATES DISTRICT JUDGE