THE LAW OFFICES OF SEAN M. MAHER, PLLC

April 7, 2020

**VIA ECF**

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Abdulai Kennedy Saaka,*
19 Cr. 462 (KPF)

Dear Judge Failla:

    I respectfully write to request that the sentencing hearing currently scheduled for April 21, 2020 be adjourned until the week of September 14, 2020 and that all sentencing submission deadlines be adjusted accordingly. In light of the COVID-19 pandemic, the defense is not prepared to move forward with sentencing as currently scheduled and the requested adjournment will (hopefully) provide sufficient time for the parties and the Court system to resume normal activity.

    I have discussed the proposed sentencing adjournment with the government and have been informed by AUSA Jonathan Rebold that the government consents to the proposed adjournment.

    The Court's consideration is greatly appreciated.

Respectfully submitted,

_____/S/_____
Sean M. Maher

cc: all counsel via ECF

Application GRANTED. Mr. Saaka's sentencing, previously scheduled for April 21, 2020, is hereby ADJOURNED to **September 15, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defendant's sentencing submission shall be due to the Court **September 1, 2020;** and the Government's sentencing submission shall be due to the Court **September 8, 2020.**

Dated: April 7, 2020
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE