# THE LAW OFFICES OF SEAN M. MAHER, PLLC

December 17, 2020

**VIA ECF**

<div style="float:right">**MEMO ENDORSED**</div>

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Abdulai Kennedy Saaka*, 19 Cr. 462 (KPF)
      Defense request for CJA *nunc pro tunc* appointment date of July 12, 2019

Dear Judge Failla:

I respectfully write to request that the Court order *nunc pro tunc* that my CJA appointment date be effective as of July 12, 2019.

The reason for this request is that there is an issue with the eVoucher system that has prevented me from submitting my CJA voucher in this matter. The eVoucher software correctly notes that the start date of the case is July 12, 2019, the date of Mr. Saaka's presentment in Magistrate Court and the date I was appointed as CJA counsel for Mr. Saaka, whereas another field in the eVoucher system records my appointment date as October 9, 2019, which does not coincide with the actual date than my representation of Mr. Saaka began. The CJA Clerk's Office has informed me that this discrepancy can be remedied with the requested *nunc pro tunc* order.

The Court's consideration is greatly appreciated.

Respectfully submitted,

_____/S/_____
Sean M. Maher

Application GRANTED. Mr. Maher's date of appointment shall be modified to July 12, 2019.

SO ORDERED.

Dated:  December 17, 2020
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE