UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ABDULAI KENNEDY SAAKA,<br><br>Defendant. | 19 Cr. 462 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 16, 2021, Defendant Abdulai Kennedy Saaka filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (Dkt. #106). Based on its conversation with Mr. Saaka's former counsel, the Court understands Mr. Saaka to be proceeding *pro se*. The Government is hereby ORDERED to respond on or before **November 17, 2021**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Saaka at RRM Atlanta, Residential Reentry Office, 719 McDonough Blvd. S.E., Atlanta, Ga 30315. The Clerk of Court is further directed to update Mr. Saaka's address of record to reflect that same address.

SO ORDERED.

Dated:  October 20, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge